IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ABBOTT LABORATORIES,                    )  No. 19 C 6587
                                        )
            Plaintiff,                  )
                                        )
       vs.                              )  Chicago, Illinois
                                        )
GRIFOLS DIAGNOSTIC SOLUTIONS,           )
INC., GRIFOLS WORLDWIDE OPERATIONS      )
LIMITED, and NOVARTIS VACCINES AND      )
DIAGNOSTICS, INC.,                      )
                                        )  May 5, 2021
            Defendants.                 )  9:30 a.m.

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HON. SARA L. ELLIS

APPEARANCES:

For the Plaintiff:   MR. MICHAEL A. PEARSON, JR.
                     Kirkland & Ellis LLP,
                     1301 Pennsylvania Avenue, N.W.,
                     Washington, D.C. 20004

For the Defendant:   MR. ALAN A. BARRY
                     MS. KATHERINE L. ALLOR
                     MS. MELISSA M. HAULCOMB
                     K&L Gates LLP,
                     70 West Madison Street Suite 3300,
                     Chicago, Illinois 60602

PATRICK J. MULLEN
Official Court Reporter
United States District Court
219 South Dearborn Street, Room 1412
Chicago, Illinois 60604
(312) 435-5565

1  THE CLERK: 2019 C 6587, Abbott Laboratories versus
2  Grifols Diagnostic Solutions.
3  MR. PEARSON: Good morning, Your Honor. Michael
4  Pearson from Kirkland & Ellis here on behalf of Abbott
5  Laboratories.
6  MS. ALLOR: Good morning, Your Honor. Katherine Allor
7  on behalf of defendants Grifols Diagnostic Solutions, Grifols
8  Worldwide Operations Limited, and Novartis Vaccines and
9  Diagnostics.
10  THE COURT: All right.
11  MS. ALLOR: And with me on the call also is Al Barry
12  and Melissa Haulcomb from K&L Gates.
13  THE COURT: All right. Good morning.
14  So does it look like you'll meet the close of fact
15  discovery that's set August 11th?
16  MR. PEARSON: Your Honor, this is Michael Pearson on
17  behalf of Abbott. We have spoken with the defendants on this,
18  and for a couple reasons, including a motion I expect that they
19  are going to propose as well some delays inherent in getting
20  old paper documents in the last year, we have discussed and
21  agreed upon, if the Court will permit it, a proposed extension
22  to the discovery schedule and to then the claim construction
23  schedule as well that will follow that.
24  We have worked out what the dates would be for that.
25  It would have the joint claim construction chart due January

1  the 18th.  That is, right now we have a claim construction
2  hearing set for January the 24th.  I don't know if that timing
3  is too tight or if the Court would want to keep that hearing or
4  if the Court would be able to delay that hearing to February
5  for us.
6          THE COURT:  Yes.
7          MR. PEARSON:  Go ahead.
8          THE COURT:  We'll put the hearing over to February.
9  Remind me again how long you think the hearing is going to
10 take.
11         MR. PEARSON:  I don't know.  Again, Michael Pearson
12 for Abbott, Your Honor.  I don't know that we have specifically
13 discussed how long that hearing would take.  I imagine it would
14 not be longer than half a day, but that's not something that
15 I've discussed with opposing counsel.  So they might be hearing
16 my position for the first time on that.
17         THE COURT:  All right.
18         MS. ALLOR:  Yeah.  This is Katherine Allor for K&L
19 Gates for the defendants.  I agree.  I think a half a day
20 sounds reasonable at this point to us, but obviously we'll have
21 to look at what terms the parties propose before we finalize
22 that proposal.
23         THE COURT:  All right.  I'm just asking more to figure
24 what day of the week to kind of hold for you.  You said January
25 18th for the claim construction chart?

1           MR. PEARSON: Yes, Your Honor.
2           THE COURT: All right. Why don't we set it for
3    February 21st. That will be the claim construction hearing.
4           MR. PEARSON: Your Honor, I apologize. I heard
5    February 20, but I didn't hear what the last digit of the date
6    was.
7           THE COURT: 21st.
8           MR. PEARSON: 21st?
9           THE COURT: The 21st.
10          MR. PEARSON: Thank you.
11          THE COURT: And then what other dates did you have?
12          MR. PEARSON: So apologies, Your Honor. Back to the
13   February 21st date, we're happy to be there on that date, but a
14   quick search for me indicates that's President's Day. I don't
15   know if the court is open that day.
16          THE COURT: We are not.
17          MR. PEARSON: Okay.
18          THE COURT: So it looks like February 25th.
19          MS. ALLOR: Excuse me, Your Honor. Was that February
20   25th?
21          THE COURT: Yes, Friday the 25th.
22          MS. ALLOR: Okay. Thank you.
23          MR. PEARSON: Your Honor, Michael Pearson again. We
24   have other dates that we've agreed to for the contentions,
25   close of fact discovery, and the specific briefs.

1   THE COURT: Okay.

2   MR. PEARSON: If Your Honor would prefer, I'm happy to
3   put a filing in, a joint filing with the specific dates, or I'm
4   happy to read through the dates on the call, whichever you
5   prefer.

6   THE COURT: Yes, you can just read through dates.
7   That's fine.

8   MR. PEARSON: Okay. The agreed-upon date for final
9   infringement on enforceability and invalidity contentions would
10  be August 16, final non-infringement enforceability and
11  validity contentions September 13, exchange of claim terms
12  needing construction and proposed construction September 27,
13  close of fact discovery October 25, opening claim construction
14  brief November 24, responsive claim construction brief
15  December 22, reply claim construction brief January 10, and
16  joint claim construction chart January 18.

17  THE COURT: Okay. All right. That works for me.
18  Have the parties had any settlement discussions at all along
19  the way?

20  MR. PEARSON: Your Honor, we had a meeting with
21  Magistrate Judge Fuentes approximately a year ago. That did
22  not move the needle much for us, and I don't believe there have
23  been any discussions since that time.

24  THE COURT: All right. Then I will see everybody
25  February 25th for the claim construction hearing. If you need

1  to see me before then, you can notice something up.
2      MR. PEARSON: We will do so, Your Honor. Just so I'm
3  clear, do you still want us to file the proposed schedule, or
4  is reading the dates onto the record today good enough?
5      THE COURT: Ms. Johnson, did you get all those dates,
6  or would you like him to file it?
7      THE CLERK: I did not get all the dates, Judge.
8      THE COURT: Okay. That's fine. Then, counsel, if you
9  can just file the schedule with the dates, that will be fine.
10 All right.
11     (Discussion off the record.)
12     MS. ALLOR: Your Honor, this is Katherine Allor. We
13 have -- the defendants have one other issue to raise with you.
14     THE COURT: Go ahead.
15     MS. ALLOR: So we have conferred with plaintiffs and
16 have informed them that we're intending to file an unopposed
17 motion to amend our counterclaims to add allegations of
18 infringement under 35 U.S.C. 271(g) and also to accuse a third
19 Abbott product of infringement. So they've agreed to not
20 oppose our motion to amend. So we just want to let you know
21 that that's coming, and hopefully you don't have any questions
22 about that.
23     THE COURT: That's fine. You can just go ahead and --
24 we'll do it as an oral motion, and you can go ahead and file
25 that on the docket.

```
```

1  MS. ALLOR: Okay. Great.
2  THE COURT: Okay.
3  MS. ALLOR: Okay. Thank you, Your Honor.
4  THE COURT: All right. Anything else?
5  MR. PEARSON: Nothing from Abbott, Your Honor.
6  MS. ALLOR: Nothing from defendants.
7  THE COURT: Okay. Thank you.
8  MS. ALLOR: Thanks.
9  (Proceedings concluded.)

10                   C E R T I F I C A T E
11     I, Patrick J. Mullen, do hereby certify that the
12  foregoing is a complete, true, and accurate transcript of the
13  proceedings had in the above-entitled case before the Honorable
14  SARA L. ELLIS, one of the judges of said Court, at Chicago,
15  Illinois, on May 5, 2021.

17              */s/ Patrick J. Mullen*
                Official Court Reporter
18              United States District Court
                Northern District of Illinois
19              Eastern Division