# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Abbott Laboratories

                      Plaintiff,

v.                                                       Case No.: 1:19−cv−06587

                                                                Honorable Sara L. Ellis

Grifols Diagnostic Solutions Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 4, 2021:

      MINUTE entry before the Honorable Sara L. Ellis: Telephone conference held on 8/4/2021. Abbott's emergency motion for continuance of final contentions deadline [85] is granted in part and denied in part. Parties should prepare final invalidity contentions as if the Court has granted Abbott's pending motion to strike. Parties should conduct deposition as if the Court has denied Abbott's pending motion to strike. Next status date set for 10/20/2021 at 9:30 a.m. for ruling on motion to strike. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.