# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Abbott Laboratories v. Grifols Diagnostic Solutions Inc., et al.

Case Number: 1:19-cv-06587

An appearance is hereby filed by the undersigned as attorney for:
Grifols Diagnostic Solutions Inc.; Grifols Worldwide Operations Limited; Novartis Vaccines and Diagnostics, Inc. (Defendants)

Attorney name (type or print): Jeffrey R. Gargano

Firm: K&L Gates LLP

Street address: 70 W. Madison Street, Suite 3300

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6210852
(See item 3 in instructions)

Telephone Number: (312) 807-4226

Email Address: Jeffrey.Gargano@klgates.com

Are you acting as lead counsel in this case? ✓ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ✓ No

Are you a member of the court's trial bar? ✓ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ✓ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 22 2022

Attorney signature: S/ Jeffrey R. Gargano
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015