IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Abbott Laboratories,<br><br>        Plaintiff,<br><br>   v.<br><br>Grifols Diagnostic Solutions Inc., et al.<br><br>        Defendants. | Case No. 1:19-cv-06587<br><br>Honorable Sara L. Ellis |

**DECLARATION OF DEVON C. BEANE IN SUPPORT OF JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF VALIDITY UNDER 35 U.S.C. § 101**

I, Devon C. Beane, hereby declare as follows:

1. I am a partner at the law firm of K&L Gates LLP and counsel for Defendants and Counterclaim-Plaintiffs Grifols Diagnostic Solutions Inc., Grifols Worldwide Operations Limited, and Novartis Vaccines and Diagnostics, Inc. ("Defendants"). I have personal knowledge of the facts set forth in this Declaration and if called upon as a witness, I could and would testify to such facts under oath.

2. Attached as **Exhibit A** is a true and correct copy of U.S. Patent No. 7,205,101, produced by Defendants in this case, and endorsed with bates numbers GDS-NVD_0003937 - 0004022.

3. Attached as **Exhibit B** is a true and correct copy of the July 28, 2021 Transcript of Deposition of Dr. Dino Dina.

4. Attached as **Exhibit C** is a true and correct copy of the August 3, 2021 Transcript of Deposition of Paul Luciw, Ph.D.

1

5. Attached as **Exhibit D** is a true and correct copy of an excerpt from the prosecution file history of U.S. Patent No. 6,458,527, containing the Declaration of Dr. John Young, and endorsed with bates numbers GDS-NVD_0006658 – 0006665.

6. Attached as **Exhibit E** is a true and correct copy of an excerpt from the prosecution file history of U.S. Patent No. 7,285,271, containing the Declaration of Dr. John Young, dated April 22, 1997 and endorsed with bates numbers GDS-NVD_0007669 – 0007676.

7. Attached as **Exhibit F** is a true and correct copy of an excerpt from the prosecution file history of U.S. Patent No. 7,442,525, containing the Declaration of Dr. John Young, dated April 22, 1997 and endorsed with bates numbers GDS-NVD_0008384 – 0008391.

8. Attached as **Exhibit G** is a true and correct copy of an excerpt from the prosecution file history of U.S. Patent No. 6,458,527, containing the April 21, 1997 Response to Office Action, and endorsed with bates numbers GDS-NVD_0006630 – 0006648.

9. Attached as **Exhibit H** is a true and correct copy of an excerpt from the prosecution file history of U.S. Patent No. 7,527,925, containing the March 1, 1999 Response to Office Action, and endorsed with bates numbers GDS-NVD_0010178 – 0010209.

10. Attached as **Exhibit I** is a true and correct copy of an excerpt from the prosecution file history of U.S. Patent No. 7,285,271, containing the March 1, 1999 Response to Office Action, and endorsed with bates numbers GDS-NVD_0011317 – 0011351.

11. Attached as **Exhibit J** is a true and correct copy of an excerpt from the Chang Exhibits (Documentary Exhibit 15) to Interference No. 103,659, and endorsed with bates numbers NOVARTIS_0012893 – 0012913.

12. Attached as **Exhibit K** is a true and correct copy of the October 14, 2022 Transcript of Deposition of Dr. Warner Greene.

13. Attached as **Exhibit L** is a true and correct copy of the October 10, 2020 Transcript of Deposition of Dr. David Ho.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 18, 2022 in Chicago, Illinois.

/s/ Devon C. Beane