# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Abbott Laboratories,
v.
Grifols Diagnostic Solutions Inc., Grifols Worldwide Operations Limited, and
Novartis Vaccines and Diagnostics, Inc.

Case Number: 1:19-cv-06587

An appearance is hereby filed by the undersigned as attorney for:
Defendants Grifols Diagnostic Solutions Inc., Grifols Worldwide Operations Limited and Novartis Vaccines and Diagnostics, Inc.

Attorney name (type or print): Adam R. Brausa

Firm: Morrison & Foerster LLP

Street address: 425 Market Street

City/State/Zip: San Francisco, CA 94105

Bar ID Number: 6292447
(See item 3 in instructions)

Telephone Number: (415) 268-6053

Email Address: abrausa@mofo.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

___

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/09/2023

Attorney signature: S/ Adam R. Brausa
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023