## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ABBOTT LABORATORIES, | |
| Plaintiff/Counterclaim Defendant, | |
| v. | Case No. 1:19-cv-006587 |
| GRIFOLS DIAGNOSTIC SOLUTIONS INC., GRIFOLS WORLDWIDE OPERATIONS LIMITED AND NOVARTIS VACCINES AND DIAGNOSTICS, INC., | Hon. Sara L. Ellis |
| Defendants/Counterclaim Plaintiffs. | |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Bryan S. Hales, of the law firm of Kirkland & Ellis LLP, hereby gives notice of withdrawal of his appearance for Plaintiff Abbott Laboratories. Robin A. McCue, Gregg F. LoCascio, Michael Pearson, Nichole DeJulio, and Noah S. Frank of Kirkland & Ellis LLP will continue to represent Plaintiff Abbott Laboratories in this case.

Date: January 23, 2024

Respectfully submitted,

*/s/ Bryan S. Hales*
Bryan S. Hales, P.C. (#6243060)
Robin A. McCue (#6256551)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
bhales@kirkland.com
robin.mccue@kirkland.com

Gregg F. LoCascio, P.C.
gregg.locascio@kirkland.com
Michael A. Pearson, Jr.
michael.pearson@kirkland.com
Noah S. Frank
noah.frank@kirkland.com
Nichole B. DeJulio

nichole.dejulio@kirkland.com
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200

*Counsel for Plaintiff/Counterclaim Defendant Abbott Laboratories*

2