# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Abbott Laboratories

                                    Plaintiff,

v.                                                                        Case No.: 1:19−cv−06587

                                                                                  Honorable Sara L. Ellis

Grifols Diagnostic Solutions Inc., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 14, 2024:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants Defendants' motions for leave to file under seal [231] and to withdraw the appearance of counsel [233]. The Court withdraws the appearance of Katherine L. Allor as counsel for Defendants. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.