UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Abbott Laboratories,<br><br>      Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>Grifols Diagnostic Solutions Inc., Grifols Worldwide Operations Limited and Novartis Vaccines and Diagnostics, Inc.<br><br>      Defendants/Counterclaim Plaintiffs. | Case No. 1:19-cv-06587<br><br>Judge Sara L. Ellis |
|---|---|

## JOINT STATUS REPORT

Pursuant to the Court's Order on February 29, 2024 (Dkt. 236), Plaintiff/Counterclaim Defendant Abbott Laboratories and Defendants/Counterclaim Plaintiffs Grifols Diagnostic Solutions Inc., Grifols Worldwide Operations Limited and Novartis Vaccines and Diagnostics, Inc., submit this Joint Status Report.

The parties' proposed schedules through submission of the Pretrial Order are below.

| Event | Plaintiff's Proposed Deadline | Defendants' Proposed Deadline |
|---|---|---|
| Plaintiff to produce supplemental revenue and manufacturing information through March 31, 2024 | April 17, 2024 (Agreed) ||
| Defendants supplement expert reports to reflect supplemental revenue and manufacturing information Abbott produced after the Court's summary judgment rulings | May 15, 2024 (Agreed) ||

| Event | Plaintiff's Proposed Deadline | Defendants' Proposed Deadline |
|---|---|---|
| Plaintiff supplements expert reports in response to Defendants' supplemental expert reports | June 12, 2024 | June 7, 2024 |
| Meet and Confer re *Daubert* motions | July 15, 2024 | June 21, 2024 |
| *Daubert* motions | July 22, 2024 | June 28, 2024 |
| *Daubert* oppositions | August 19, 2024 | July 26, 2024 |
| *Daubert* replies | September 16, 2024 | August 16, 2024 |
| Meet and confer re *in limine* motions | October 11, 2024 | Same as meet and confer for Daubert motions |
| Motions *in limine* | October 18, 2024 | Same as due date for Daubert motions |
| Oppositions to motions *in limine* | November 1, 2024 | Same as due date for Daubert oppositions |
| Final Pretrial Order | Based on Court's determination ||

The parties agree that the supplementation to the parties' expert reports will be limited to updating the damages opinions based upon information produced after the Court's summary judgment ruling. No theories that were not disclosed in the parties' expert reports served in 2022 may be introduced in these supplemental reports.

Plaintiff proposes a pretrial conference be set on or after November 15, 2024, and that the case be deemed trial ready by January 13, 2025, subject to the Court's schedule. Plaintiff's counsel and witnesses have several conflicts in the fall of 2024. Defendants propose a pretrial conference be set on or after August 30, 2024 and believe the case will be trial ready no later than October 1, 2024, subject to this Court's schedule.

Respectfully submitted,

/s/ Michael A. Pearson, Jr.

Robin A. McCue (IL Bar No. 6256551)
robin.mccue@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Gregg F. LoCascio, P.C.
gregg.locascio@kirkland.com
Michael A. Pearson, Jr.
michael.pearson@kirkland.com
Noah S. Frank
noah.frank@kirkland.com
Nichole B. DeJulio
nichole.dejulio@kirkland.com
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200

*Attorneys for Plaintiff/Counterclaim Defendant Abbott Laboratories*

DATED: March 13, 2024

/s/ Devon Curtis Beane

Jeffrey R. Gargano
jeffrey.gargano@klgates.com
Devon Curtis Beane
devon.beane@klgates.com
Melissa M. Haulcomb, Ph.D.
melissa.haulcomb@klgates.com
K&L GATES LLP
70 West Madison Street
Suite 3100
Chicago, IL 60602
(312) 807-4436

Louis C. Cullman
louis.cullman@klgates.com
K&L GATES LLP
1 Park Plaza
12th Floor
Irvine, CA 92614
(949) 623-3559

Adam R. Brausa
abrausa@mofo.com
Daralyn J. Durie
ddurie@mofo.com
Bethany D. Bengfort
bbengfort@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(415) 268-6053

*Attorneys for Defendants/Counterclaim Plaintiffs Grifols Diagnostic Solutions Inc., Grifols Worldwide Operations Limited, and Novartis Vaccines and Diagnostics, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above document has been served on March 13, 2024 to all counsel of record via the Court's CM/ECF filing system.

        Respectfully submitted

By:   */s/ Michael A. Pearson, Jr.*
       Michael A. Pearson, Jr.