**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Abbott Laboratories

                                         Plaintiff,

v.                                                                    Case No.: 1:19−cv−06587

                                                                              Honorable Sara L. Ellis

Grifols Diagnostic Solutions Inc., et al.

                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 28, 2024:

      MINUTE entry before the Honorable Sara L. Ellis: Telephone conference held on 3/28/2024. Plaintiffs to produce supplemental revenue and manufacturing information by 4/17/2024; Defendant to supplement expert report by 5/15/2024; Plaintiff to supplement expert report by 6/12/2024. The parties are required to meet and confer by 7/15/2024. Daubert motions are due by 7/22/2024; responses by 8/19/2024 and replies due by 9/16/2024. Final Pretrial Order due by 11/15/2024 (see Judge Ellis' standing orders). Final Pretrial Conference set for 1/23/2025 at 10:00 AM. Jury Trial set for 2/10/2025 at 8:30 AM. The parties anticipate that the trial will take five (5) days. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.