UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Abbott Laboratories,<br><br>      Plaintiff,<br><br>    v.<br><br>Grifols Diagnostic Solutions Inc., et al.<br><br>      Defendants. | Case No. 1:19-cv-06587<br><br>Judge: Honorable Sara L. Ellis |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on May 15, 2024, at 9:45 a.m., or as soon thereafter as counsel may be heard, counsel for Defendants Grifols Diagnostic Solutions Inc., Grifols Worldwide Operations Limited, and Novartis Vaccines and Diagnostics, Inc. shall appear before the Honorable Sara L. Ellis or any judge sitting in her stead, in Room 1403 of the Everett McKinley Dirksen Courthouse, 219 S. Dearborn Street, Chicago, Illinois, 60604 and present their Joint Letter Regarding Plaintiff Abbott Laboratories' Production of Supplemental Manufacturing Documents in the above-captioned matter. Defendants request that presentment of the motion be done in person.

Dated: May 10, 2024                                   Respectfully submitted,

                                          By:   /s/ Devon C. Beane
                                                Devon C. Beane (IL6303129)
                                                Jeffrey R. Gargano (IL6210852)
                                                Melissa M. Haulcomb (IL6331368)
                                                A. Rebekah Hill (IL6345666)
                                                K&L GATES LLP
                                                70 W. Madison St., Suite 3300
                                                Chicago, IL 60602
                                                Telephone: (312) 372-1121
                                                Fax: (312) 827-8000
                                                devon.beane@klgates.com
                                                jeffrey.gargano@klgates.com
                                                melissa.haulcomb@klgates.com
                                                rebekah.hill@klgates.com

                                                Louis C. Cullman (admitted *pro hac vice*)
                                                K&L GATES LLP
                                                1 Park Plaza, 12th Floor
                                                Irvine, CA 92614
                                                Telephone: (949) 623-3559
                                                louis.cullman@klgates.com

                                                Daralyn J. Durie (admitted *pro hac vice*)
                                                ddurie@mofo.com
                                                Adam R. Brausa (IL 6292447)
                                                abrausa@mofo.com
                                                Bethany D. Bengfort
                                                (admitted *pro hac vice*)
                                                bbengfort@mofo.com
                                                MORRISON & FOERSTER LLP
                                                425 Market Street
                                                San Francisco, CA 94105
                                                Telephone: (415) 268-6053

                                                *Attorneys for Defendants Grifols Diagnostic Solutions Inc.; Grifols Worldwide Operations Limited; and Novartis Vaccines and Diagnostics, Inc.*