# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Abbott Laboratories

                                      Plaintiff,

v.                                                               Case No.: 1:19–cv–06587

                                                                          Honorable Sara L. Ellis

Grifols Diagnostic Solutions Inc., et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 22, 2024:

      MINUTE entry before the Honorable Sara L. Ellis: Telephone conference held on 5/15/2024. Sealed motion [241] is granted in part and denied in part for the reasons stated of record. Defendants' unopposed motion to seal [242] is granted. Plaintiff to complete production and provide confirmation by May 31, 2024. Defendants' supplemental reports are due by 6/14/2024; Plaintiff's supplemental report is due by 7/15/2024. Daubert motions are due by 8/2/2024; responses by 8/30/2024 and replies by 9/23/2024. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.