# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Abbott Laboratories,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>    v.<br><br>Grifols Diagnostic Solutions Inc., Grifols Worldwide Operations Limited and Novartis Vaccines and Diagnostics, Inc.<br><br>    Defendants/Counterclaim Plaintiffs. | Case No. 1:19-cv-06587<br><br>Judge Sara L. Ellis |

## JOINT MOTION TO EXTEND TIME TO RESPOND TO *DAUBERT* MOTIONS

Plaintiff/Counterclaim Defendant Abbott Laboratories and Defendants/Counterclaim Plaintiffs Grifols Diagnostic Solutions Inc., Grifols Worldwide Operations Limited and Novartis Vaccines and Diagnostics, Inc., jointly move to extend the time to respond to the parties' *Daubert* motions, Dkt. 256, 261, 262.

As explained in the concurrently filed joint letter, Dkt. 274, the parties are currently requesting to modify the case schedule in order to accommodate additional discovery. As part of that request, the parties have agreed to withdraw the currently pending *Daubert* motions (Dkt. 256, 261, 262) and re-file *Daubert* motions after serving new reports that take into account that additional discovery. In order to allow the Court time to consider the parties' request for an extension, the parties respectfully request that the Court move the time for the parties to respond to the currently pending *Daubert* motions until the Court rules on the parties' request to modify the schedule.

| | |
|---|---|
| Respectfully submitted, | DATED: August 22, 2024 |
| */s/ Michael A. Pearson, Jr.* | */s/ Devon Curtis Beane* |
| Robin A. McCue (IL Bar No. 6256551)<br>robin.mccue@kirkland.com<br>KIRKLAND & ELLIS LLP<br>300 N. LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>Gregg F. LoCascio, P.C.<br>gregg.locascio@kirkland.com<br>Michael A. Pearson, Jr.<br>michael.pearson@kirkland.com<br>Noah S. Frank<br>noah.frank@kirkland.com<br>Nichole B. DeJulio<br>nichole.dejulio@kirkland.com<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 389-5000<br>Facsimile: (202) 389-5200<br><br>*Attorneys for Plaintiff/Counterclaim Defendant Abbott Laboratories* | Jeffrey R. Gargano<br>jeffrey.gargano@klgates.com<br>Devon Curtis Beane<br>devon.beane@klgates.com<br>Melissa M. Haulcomb, Ph.D.<br>melissa.haulcomb@klgates.com<br>K&L GATES LLP<br>70 West Madison Street<br>Suite 3100<br>Chicago, IL 60602<br>(312) 807-4436<br><br>Louis C. Cullman<br>louis.cullman@klgates.com<br>K&L GATES LLP<br>1 Park Plaza<br>12th Floor<br>Irvine, CA 92614<br>(949) 623-3559<br><br>Adam R. Brausa<br>abrausa@mofo.com<br>Daralyn J. Durie<br>ddurie@mofo.com<br>Bethany D. Bengfort<br>bbengfort@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>(415) 268-6053<br><br>*Attorneys for Defendants/Counterclaim Plaintiffs Grifols Diagnostic Solutions Inc., Grifols Worldwide Operations Limited, and Novartis Vaccines and Diagnostics, Inc.* |

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above document has been served on August 22, 2024 to all counsel of record via the Court's CM/ECF filing system.

                                            Respectfully submitted

By:    */s/ Michael A. Pearson, Jr.*
          Michael A. Pearson, Jr.