**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Abbott Laboratories

            Plaintiff,

v.                     Case No.: 1:19−cv−06587
                     Honorable Sara L. Ellis

Grifols Diagnostic Solutions Inc., et al.

            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 28, 2024:

   MINUTE entry before the Honorable Sara L. Ellis: Telephonic motion hearing held on 8/28/2024. Motions [256], [261], [262] are withdrawn. Motion to seal document [275] is granted. Joint motion to extend time to respond to Daubert motions [277] is granted. The parties should send joint letter with revised briefing schedule to Courtroom Deputy by 8/30/2024. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.