## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

Abbott Laboratories

                                        Plaintiff,

v.                                                      Case No.: 1:19−cv−06587
                                                        Honorable Sara L. Ellis

Grifols Diagnostic Solutions Inc., et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 8, 2024:

     MINUTE entry before the Honorable Sara L. Ellis: Defendants to serve revised opening report on damages by October 9, 2024. Abbott to serve revised rebuttal report on damages by November 1, 2024. Deadline to complete depositions of damages experts by November 13, 2024. Daubert deadline on damages opinions due by November 18, 2024. Daubert response due by November 27, 2024. Daubert replies due by December 5, 2024. Telephone Conference set for 1/23/2025 at 10:00 AM for ruling. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.