# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Abbott Laboratories v. Grifols Diagnostic Solutions Inc., et al.     Case Number: 1:19-cv-06587

An appearance is hereby filed by the undersigned as attorney for:
Defendants Grifols Diagnostic Solutions Inc., Grifols Worldwide Operations Limited, and Novartis Vaccines and Diagnostics, Inc.

Attorney name (type or print):  Jared Lund

Firm:    K&L Gates LLP

Street address:  70 W. Madison Street, Suite 3300

City/State/Zip:    Chicago, IL 60602

Bar ID Number:  6342370          Telephone Number:    (312) 807-4287
(See item 3  in instructions)

Email Address: jared.lund@klgates.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's general bar? | ☒ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☒ No |

If this is a criminal case, check your status.     ☐  Retained Counsel

☐  Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 14, 2024

Attorney signature:     S/ Jared Lund
(Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023