UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Abbott Laboratories,<br><br>  Plaintiff and Counter-Defendant,<br><br> v.<br><br>Grifols Diagnostic Solutions Inc., Grifols Worldwide Operations Limited and Novartis Vaccines and Diagnostics, Inc.<br><br>  Defendants and Counter-Plaintiffs. | Case No. 1:19-cv-06587<br><br>Judge Sara L. Ellis |

## UNOPPOSED MOTION TO SEAL

Pursuant to Local Rules 5.8, 26.2, and the Stipulated Protective Order (Dkt. No. 70), Plaintiffs/Counter-Defendant Abbott Laboratories ("Abbott") respectfully requests that the Court grant leave to file under seal Exhibits 1, 2, and 4 to their Joint Final Pretrial Order, Plaintiff states as follows:

1. Exhibits 1, 2, and 4 contain information that Plaintiff, Defendants, and/or a third party designated as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY pursuant to the terms of the Stipulated Protective Order (Dkt. No. 70).

2. Pursuant to Local Rule 26.2, Plaintiff has filed an unredacted version of Exhibits 1, 2 and 4, un-redacted under seal, and has separately filed redacted, public versions.

3. Defendants have confirmed they do not oppose this motion.

WHEREFORE, Abbott respectfully moves this Court for leave to file under seal Exhibits 1, 2, and 4 to their Joint Final Pretrial Order.

DATED: November 15, 2024          Respectfully submitted,

*/s/ Michael A. Pearson, Jr.*

Robin A. McCue (IL Bar No. 6256551)
KIRKLAND & ELLIS LLP
333 W Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Gregg F. LoCascio, P.C. (admitted *pro hac vice*)
gregg.locascio@kirkland.com
Michael A. Pearson, Jr. (admitted *pro hac vice*)
michael.pearson@kirkland.com
Noah S. Frank (admitted *pro hac vice*)
noah.frank@kirkland.com
Nichole B. DeJulio (admitted *pro hac vice*)
nichole.dejulio@kirkland.com
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200

*Attorneys for Plaintiff/Counterclaim Defendant Abbott Laboratories*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above document has been served on November 15, 2024, to all counsel of record via the Court's CM/ECF filing system.

Respectfully submitted,

By: */s/ Michael A. Pearson, Jr.*

Michael A. Pearson, Jr.