# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Abbott Laboratories,<br><br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>Grifols Diagnostic Solutions Inc., Grifols Worldwide Operations Limited and Novartis Vaccines and Diagnostics, Inc.<br><br>    Defendants and Counter-Plaintiffs. | Case No. 1:19-cv-06587<br><br>Judge Sara L. Ellis |

## NOTICE OF MOTION

To: All Counsel of Record

PLEASE TAKE NOTICE that on January 23, 2025 at 10:00 a.m., or at such time as is convenient for the Court, Plaintiff/Counterclaim Defendant Abbott Laboratories shall appear before the Honorable Sara L. Ellis, or any judge who may be sitting in her stead in Courtroom 1403, U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, 60604, and shall then and there present Abbott's Unopposed Motion to Seal Exhibits 1, 2 and 4 to their Joint Final Pretrial Order, a copy of which is hereby served upon you.

DATED: November 15, 2024          Respectfully submitted,

*/s/ Michael A. Pearson, Jr.*
Robin A. McCue (IL Bar No. 6256551)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Gregg F. LoCascio, P.C. (admitted *pro hac vice*)
gregg.locascio@kirkland.com
Michael A. Pearson, Jr. (admitted *pro hac vice*)
michael.pearson@kirkland.com
Noah S. Frank (admitted *pro hac vice*)
noah.frank@kirkland.com
Nichole B. DeJulio (admitted *pro hac vice*)
nichole.dejulio@kirkland.com
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200

*Attorneys for Plaintiff/Counterclaim Defendant Abbott Laboratories*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above document has been served on November 15, 2024, to all counsel of record via the Court's CM/ECF filing system.

*/s/ Michael A. Pearson, Jr.*
Michael A. Pearson, Jr.