UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Abbott Laboratories,<br><br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>Grifols Diagnostic Solutions Inc., Grifols Worldwide Operations Limited and Novartis Vaccines and Diagnostics, Inc.<br><br>    Defendants and Counter-Plaintiffs. | Case No. 1:19-cv-06587<br><br>Judge Sara L. Ellis |

**ABBOTT LABORATORIES' MOTION TO EXCLUDE**
**CERTAIN EXPERT TESTIMONY OF MR. JOHN R. BONE**

Pursuant to Rule 702 of the Federal Rules of Evidence, Plaintiff/Counterclaim Defendant Abbott Laboratories ("Abbott"), by its undersigned attorneys, submits its Motion to Exclude Certain Expert Testimony of Mr. Jone R. Bone.

In support of this motion, Abbott submits herewith an accompanying memorandum of law, which fully states the factual and legal grounds upon which this motion is based.

DATED: November 18, 2024                    Respectfully submitted,

*/s/ Michael A. Pearson, Jr.*
Robin A. McCue (IL Bar No. 6256551)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Gregg F. LoCascio, P.C. (admitted *pro hac vice*)
gregg.locascio@kirkland.com
Michael A. Pearson, Jr. (admitted *pro hac vice*)
michael.pearson@kirkland.com
Noah S. Frank (admitted *pro hac vice*)
noah.frank@kirkland.com
Nichole B. DeJulio (admitted *pro hac vice*)
nichole.dejulio@kirkland.com
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200

*Attorneys for Plaintiff/Counterclaim Defendant Abbott Laboratories*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above document has been served on November 18, 2024, to all counsel of record via the Court's CM/ECF filing system.

> */s/ Michael A. Pearson, Jr.*
> Michael A. Pearson, Jr.