UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Abbott Laboratories,<br><br>    Plaintiff and Counter-Defendant,<br><br>  v.<br><br>Grifols Diagnostic Solutions Inc., Grifols Worldwide Operations Limited and Novartis Vaccines and Diagnostics, Inc.<br><br>    Defendants and Counter-Plaintiffs. | Case No. 1:19-cv-06587<br><br>Judge Sara L. Ellis |

**UNOPPOSED MOTION TO SEAL ABBOTT LABORATORIES' OPENING BRIEF IN SUPPORT OF MOTION TO EXCLUDE CERTAIN EXPERT TESTIMONY OF <u>MR. JOHN R. BONE</u>**

Pursuant to Local Rules 5.8, 26.2, and the Stipulated Protective Order (Dkt. No. 70), Plaintiff Abbott Laboratories respectfully requests that the Court grant leave to file under seal Abbott Laboratories' Opening Brief in Support of its Motion to Exclude Certain Expert Testimony of Mr. John R. Bone, Plaintiff states as follows:

1. Exhibits 1-4 and 6-8 contain information that Plaintiff, Defendants, and/or a third party designated as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY pursuant to the terms of the Stipulated Protective Order (Dkt. No. 70).

2. Plaintiff seeks leave to file under seal the portions of its Opening Brief in Support of Motion to Exclude Certain Expert Testimony of Mr. John R. Bone and exhibits thereto that refer to information one or more of Plaintiff, Defendants, or a third party designated as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.

3. Pursuant to Local Rule 26.2, Plaintiff has filed an unredacted version of its Opening Brief in Support of Motion to Exclude Certain Expert Testimony of Mr. John R. Bone and exhibits

thereto, with Exhibits 1-4 and 6-8, un-redacted under seal, and has separately filed redacted, public versions.

4. Defendants have confirmed they do not oppose this motion.

WHEREFORE, Plaintiff respectfully moves this Court for leave to file under seal portions of its Opening Brief in Support of Motion to Exclude Certain Expert Testimony of Mr. John R. Bone and exhibits thereto.

DATED: November 18, 2024

Respectfully submitted,

*/s/ Michael A. Pearson, Jr.*
Robin A. McCue (IL Bar No. 6256551)
KIRKLAND & ELLIS LLP
333 W Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Gregg F. LoCascio, P.C. (admitted *pro hac vice*)
gregg.locascio@kirkland.com
Michael A. Pearson, Jr. (admitted *pro hac vice*)
michael.pearson@kirkland.com
Noah S. Frank (admitted *pro hac vice*)
noah.frank@kirkland.com
Nichole B. DeJulio (admitted *pro hac vice*)
nichole.dejulio@kirkland.com
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200

*Attorneys for Plaintiff/Counterclaim Defendant Abbott Laboratories*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above document has been served on November 18, 2024, to all counsel of record via the Court's CM/ECF filing system.

Respectfully submitted,

By: /s/ Michael A. Pearson, Jr.

Michael A. Pearson, Jr.