UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Abbott Laboratories,<br><br>   *Plaintiff*,<br><br>  v.<br><br>Grifols Diagnostic Solutions Inc., et al.<br><br>   *Defendants*. | Case No. 1:19-cv-06587<br><br>Judge: Honorable Sara L. Ellis |

**DEFENDANTS' UNOPPOSED MOTION TO SEAL THEIR MOTION TO STRIKE PORTIONS OF THE EXPERT REPORT OF JULIE DAVIS RELYING ON UNDISCLOSED AND UNTIMELY EVIDENCE**

  Pursuant to Local Rules 5.8, 26.2, and the Stipulated Protective Order (Dkt. No. 70), Defendants Grifols Diagnostic Solutions Inc., Grifols Worldwide Operations Limited, and Novartis Vaccines and Diagnostics, Inc. (collectively, "Defendants"), respectfully request that this Court grant leave to file under seal their Motion to Strike Portions of the Expert Report of Julie Davis Relying on Undisclosed and Untimely Evidence, and accompanying Exhibits 1-9 thereto.

  The specific documents Defendants seek to file under seal are:

  1. Defendants' Motion to Strike Portions of the Expert Report of Julie Davis Relying on Undisclosed and Untimely Evidence, referencing previously filed sealed documents; and

  2. Exhibits 1-9 to Defendants' Motion, which contain information designated as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.

1

WHEREFORE, Defendants respectfully move this Court for leave to file under seal their Motion to Strike Portions of the Expert Report of Julie Davis Relying on Undisclosed and Untimely Evidence, and accompanying Exhibits 1-9 thereto.

Dated: November 18, 2024

Respectfully submitted,

By: /s/ Devon C. Beane
Devon C. Beane (IL6303129)
Jeffrey R. Gargano (IL6210852)
Melissa M. Haulcomb (IL6331368)
A. Rebekah Hill (IL6345666)
Jared Lund (IL6342370)
**K&L GATES LLP**
70 W. Madison St., Suite 3300
Chicago, IL 60602
Telephone: (312) 372-1121
Fax: (312) 827-8000
devon.beane@klgates.com
jeffrey.gargano@klgates.com
melissa.haulcomb@klgates.com
rebekah.hill@klgates.com
jared.lund@klgates.com

Louis C. Cullman (admitted *pro hac vice*)
**K&L GATES LLP**
1 Park Plaza, 12th Floor
Irvine, CA 92614
Telephone: (949) 623-3559
louis.cullman@klgates.com

Daralyn J. Durie (admitted *pro hac vice*)
ddurie@mofo.com
Adam R. Brausa (IL 6292447)
abrausa@mofo.com
Bethany D. Bengfort (admitted *pro hac vice*)
bbengfort@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-6053

*Attorneys for Defendants Grifols Diagnostic Solutions Inc.; Grifols Worldwide Operations Limited; and Novartis Vaccines and Diagnostics, Inc.*