**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| Abbott Laboratories, | |
| *Plaintiff*, | Case No. 1:19-cv-06587 |
| v. | Judge: Honorable Sara L. Ellis |
| Grifols Diagnostic Solutions Inc., et al. | |
| *Defendants*. | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on January 17, 2025, at 3:00 p.m., or as soon thereafter as counsel may be heard, counsel for Defendants Grifols Diagnostic Solutions Inc., Grifols Worldwide Operations Limited, and Novartis Vaccines and Diagnostics, Inc. shall appear before the Honorable Sara L. Ellis or any judge sitting in her stead, in Room 1403 of the Everett McKinley Dirksen Courthouse, 219 S. Dearborn Street, Chicago, Illinois, 60604 and present their *Daubert* Motion to Exclude Certain Damages Opinions of Julie Davis, in the above-captioned matter.

Dated: November 18, 2024          Respectfully submitted,

By:    /s/ Devon C. Beane
         Jeffrey R. Gargano (IL 6210852)
         Devon C. Beane (IL 6303129)
         Melissa M. Haulcomb, Ph.D. (IL 6331368)
         Rebekah Hill (IL 6345666)
         Jared Lund (IL 6342370)
         K&L GATES LLP
         70 W. Madison St., Suite 3300
         Chicago, IL 60602
         Telephone: (312) 372-1121
         Fax: (312) 827-8000
         jeffrey.gargano@klgates.com
         devon.beane@klgates.com
         melissa.haulcomb@klgates.com
         rebekah.hill@klgates.com
         jared.lund@klgates.com

         Louis C. Cullman (admitted *pro hac vice*)
         louis.cullman@klgates.com
         K&L GATES LLP
         1 Park Plaza
         12th Floor
         Irvine, CA 92614
         (949) 623-3559

         Adam R. Brausa
         abrausa@mofo.com
         Daralyn J. Durie (admitted *pro hac vice*)
         ddurie@mofo.com
         Bethany D. Bengfort (admitted *pro hac vice*)
         bbengfort@mofo.com
         MORRISON & FOERSTER LLP
         425 Market Street
         San Francisco, CA 94105
         (415) 268-6053

         *Attorneys for Defendants Grifols*
         *Diagnostics Solutions Inc.; Grifols*
         *Worldwide Operations Limited; and*
         *Novartis Vaccines and Diagnostics, Inc.*