# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Abbott Laboratories, *Plaintiff*, v. Grifols Diagnostic Solutions Inc., et al. *Defendants*. | Case No. 1:19-cv-06587<br><br>Judge: Honorable Sara L. Ellis |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on January 17, 2025, at 3:00 p.m., or as soon thereafter as counsel may be heard, counsel for Defendants Grifols Diagnostic Solutions Inc., Grifols Worldwide Operations Limited, and Novartis Vaccines and Diagnostics, Inc. shall appear before the Honorable Sara L. Ellis or any judge sitting in her stead, in Room 1403 of the Everett McKinley Dirksen Courthouse, 219 S. Dearborn Street, Chicago, Illinois, 60604 and present their Unopposed Motion to Seal Defendants' *Daubert* Motion to Exclude Certain Damages Opinions of Julie Davis, and accompanying Exhibits 1-18 thereto, in the above-captioned matter.

Dated: November 18, 2024            Respectfully submitted,

By:    /s/ Devon C. Beane
Jeffrey R. Gargano (IL 6210852)
Devon C. Beane (IL 6303129)
Melissa M. Haulcomb, Ph.D. (IL 6331368)
Rebekah Hill (IL 6345666)
Jared Lund (IL 6342370)
K&L GATES LLP
70 W. Madison St., Suite 3300
Chicago, IL 60602
Telephone: (312) 372-1121
Fax: (312) 827-8000
jeffrey.gargano@klgates.com
devon.beane@klgates.com
melissa.haulcomb@klgates.com
rebekah.hill@klgates.com
jared.lund@klgates.com

Louis C. Cullman (admitted *pro hac vice*)
louis.cullman@klgates.com
K&L GATES LLP
1 Park Plaza
12th Floor
Irvine, CA 92614
(949) 623-3559

Adam R. Brausa
abrausa@mofo.com
Daralyn J. Durie (admitted *pro hac vice*)
ddurie@mofo.com
Bethany D. Bengfort (admitted *pro hac vice*)
bbengfort@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(415) 268-6053

*Attorneys for Defendants Grifols Diagnostics Solutions Inc.; Grifols Worldwide Operations Limited; and Novartis Vaccines and Diagnostics, Inc.*