# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Abbott Laboratories,<br><br>    Plaintiff and Counter-Defendant,<br><br>  v.<br><br>Grifols Diagnostic Solutions Inc., Grifols Worldwide Operations Limited and Novartis Vaccines and Diagnostics, Inc.<br><br>    Defendants and Counter-Plaintiffs. | Case No. 1:19-cv-06587<br><br>Judge Sara L. Ellis |

## NOTICE OF MOTION

To: All Counsel of Record

PLEASE TAKE NOTICE that on January 8, 2025 at 9:45 a.m., or at such time as is convenient for the Court, Plaintiff/Counterclaim Defendant Abbott Laboratories shall appear before the Honorable Sara L. Ellis, or any judge who may be sitting in her stead in Courtroom 1403, U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, 60604, and shall then and there present Abbott Laboratories' unopposed Motion to Seal Abbott Laboratories' Response in Opposition to Defendants' Motion for Realignment of the Parties and to Set the Order of Proof for Trial and Exhibits 1-2 thereto, a copy of which is hereby served upon you.

DATED: December 20, 2024    Respectfully submitted,

*/s/ Michael A. Pearson, Jr.*
Robin A. McCue (IL Bar No. 6256551)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Gregg F. LoCascio, P.C. (D.C. Bar No. 452814)
gregg.locascio@kirkland.com
Michael A. Pearson, Jr. (pro hac vice)
michael.pearson@kirkland.com
Noah Frank (pro hac vice)
noah.frank@kirkland.com
Nichole B. DeJulio (pro hac vice)
nichole.dejulio@kirkland.com
Kelly Tripathi (pro hac vice)
kelly.tripathi@kirkland.com
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200

Jeanna Wacker (pro hac vice)
jeanna.wacker@kirkland.com
N. Kaye Horstman (pro hac vice)
kaye.horstman@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Ave,
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Attorneys for Plaintiff/Counterclaim Defendant Abbott Laboratories*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above document has been served on December 20, 2024, to all counsel of record via the Court's CM/ECF filing system.

                                                 */s/ Michael A. Pearson, Jr.*
                                                 Michael A. Pearson, Jr.